# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**SAUNDRA V. WHITE**

                                           *Plaintiff*

                **VS.**                                  **5:06-CV-617 (FJS) (GHL)**

**VERIZON**

                                           *Defendant*

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That upon review of the amended complaint and the additional supporting documents it is ordered that this action is dismissed pursuant to 28 USC section 1915(e)(2)(B) and Local Rule 5.4(a).  Judgment is hereby entered in favor of the defendant Verizon.

All of the above pursuant to the Order of the Honorable Senior Judge Frederick J. Scullin, Jr., dated the 11th day of December, 2006.

**DECEMBER 12, 2006**                                      **LAWRENCE K. BAERMAN**
_____             _____

**DATE**                                                                   **CLERK OF COURT**

                                                           s/
                                                    _____

                                                      **JOANNE BLESKOSKI**
                                                      **DEPUTY CLERK**